UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>GONZALO CERVANTES-ONTIVEROS,<br><br>         Defendant. | No. 2:14-CR-075-LRS-2<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒   Motion Denied<br>      **(ECF No. 102)** |

At the June 3, 2014, hearing on Defendant's Motion for reconsideration of this Court's Order of detention following a bail hearing on May 23, 2014, ECF No. 102, Defendant was present with counsel Julian E. Trejo.  Assistant U.S. Attorney Caitlin A. Baunsgard represented the United States.  Both sides argued.

The Court has read and taken into consideration the Defendant's Motion, the United States' Memorandum in Opposition to Defendant's Release, and has reviewed the Pretrial Status Report filed May 27, 2014, addressing his proposed residence, and the Pretrial Services Report filed May 22, 2014.

This Court has taken into account the evidence, testimony and information produced at this hearing concerning the nature and circumstances of the offense charged, the weight of the evidence against the Defendant, his history and characteristics, including  character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to alcohol and drug abuse, criminal history, record concerning appearance at court proceedings, and the nature and

seriousness of the danger to the community posed by Defendant's release.

Having considered the proffers of Defendant and Plaintiff, and 18 USC § 3142, the Court remains unsatisfied as to his proposed residence.

Accordingly Defendant's Motion, **ECF No. 102,** is **DENIED.** Defendant shall remain in the custody of the U.S. Marshal until further order of the Court.

**IT IS SO ORDERED.**

DATED June 4, 2014.



_____
  JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 2